IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAEEM JONES,                                              :          CIVIL ACTION
        Petitioner,                                       :

   v.                                                          :

MARK CAPOZA, et al.,                               :
        Respondents.                                  :          No. 18-1347

**FILED**
APR 30 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

WENDY BEETLESTONE, J.

      AND NOW, this 30ᵗʰ day of April _____, 2019, upon careful and

independent consideration of the petition for Writ of Habeas Corpus, together with the response

thereto, and after review of the Report and Recommendation and Supplemental Report and

Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS

ORDERED that:

     1.    The Report and Recommendation is APPROVED and ADOPTED.

     2.    The petition for Writ of Habeas Corpus is DISMISSED with prejudice.

     3.    There is no probable cause to issue a certificate of appealability.

     4.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
WENDY BEETLESTONE, J.