IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAEEM JONES,** Petitioner, | **CIVIL ACTION** |
| v. | |
| **MARK CAPOZA AND THE ATTORNEY GENERAL OF THE STATE OF _____,** Respondents. | **NO. 18-1347** |

## O R D E R

**WHEREAS**, on March 7, 2025, Petitioner Naeem Jones filed a Motion for Stay and Abeyance (ECF No. 40) and a Motion for Relief from Final Order and Judgment (ECF No. 41);

**WHEREAS**, on March 12, 2025, the Court ordered Respondents to "file responsive papers on or before Friday, April 11, 2025" (ECF No. 42);

**WHEREAS**, as of this writing, Respondents have filed no such papers, in contravention of the Court's Order of March 12, 2025.

**AND NOW**, this 29th day of April, 2025, it is **HEREBY ORDERED** that Respondents **SHALL FILE** responsive papers on or before **Friday, May 9, 2025**, or face potential sanctions for failing to comply with the Court's Orders.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**